MAILED TO COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/18/09

<u>World Wide Polymers, Inc. V. Shinkong Synthetic Fibers Corp.</u>
03 Civ. 8843 (LAP)

## ENDORSEMENT

     Plaintiff moves [dkt. no. 35] for reconsideration of the Court's order of August 24, 2009, denying Plaintiff's sub silentio post hoc request for yet another extension of the time for filing an expert report and striking its request for damages. The motion is denied because Plaintiff has pointed to no "matters or controlling decisions which counsel believes the court has overlooked." Local Civil Rule 6.5.

     If the Court were to reconsider the August 24 order, it would be adhered to. "[D]iscovery orders are meant to be followed. A party who flouts such orders does so at its peril." <u>Bambu Sales v. Ozak Trading,</u> 58 F.3d 849, 854 (2d Cir. 1995) (internal quotation marks omitted). Here, the Court was simply enforcing its order of April 30, 2009 [dkt.no. 32] that "[n]o further extensions will be granted." As noted in the August 24 order, "no further extensions means no further extensions."

September 18, 2009

SO ORDERED

_Loretta A. Preska_
LORETTA A. PRESKA, U.S.D.J.